UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-60301-CIV-RS**

AMERICAN VEHICLE PROTECTION
CORP., *et al.*,

    Plaintiffs,

v.

FEDERAL TRADE COMMISSION,

    Defendant.
_____/

## ORDER OF TRANSFER

This matter is before the Court on Plaintiff's Notice of Pending, Refiled, Related or Similar Actions [DE 11], indicating that this case is related to Case No. 22-60298-RAR. Good cause appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00(c) of the United States District Court for the Southern District of Florida because of related Case Number 22-60298-RAR, and subject to the consent of Judge Rodolfo A. Ruiz II, it is

**ORDERED** that the above-styled case is transferred to the calendar of Judge Rodolfo A. Ruiz II for all further proceedings.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of February, 2022.

                                              **RODNEY SMITH**
                                              **UNITED STATES DISTRICT JUDGE**

After reviewing the file in the above-styled case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **22-60301-CIV-RAR**, indicating the Judge to whom all pleadings should be routed.

**THE FOREGOING** transfer is herewith accepted this 22nd day of February, 2022.

_____
**RODOLFO RUIZ II**
**UNITED STATES DISTRICT JUDGE**