UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS. 22-CV-60298-RAR
22-CV-60301-RAR

**FEDERAL TRADE COMISSION,**

    Plaintiff,

v.

**AMERICAN VEHICLE
PROTECTION CORP.,** *et al.*,

    Defendants.
_____/

**AMERICAN VEHICLE
PROTECTION CORP.,** *et al.*,

    Plaintiffs,

v.

**FEDERAL TRADE COMISSION,**

    Defendant.
_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** comes before the Court *sua sponte*. Case No. 22-cv-60301 was transferred to the undersigned's division on February 23, 2022, because it is related to Case No. 22-cv-60298. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

    1.    **Case No. 22-cv-60298** and **Case No. 22-cv-60301** are hereby **CONSOLIDATED**.

    2.    The Clerk of Court is instructed to **CLOSE Case No. 22-cv-60301** for administrative purposes only.

    3.    All future filings shall be made under **Case No. 22-cv-60298** only.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of February, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

CC:    All Counsel of Record